UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TIMOTHY UPCHURCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cv-04644-SEB-MG |
| INDIANA DEPARTMENT OF CORRECTION, | ) ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by his complaint and this action is terminated.

Date: _____2/7/2024_____        _____
                                                            SARAH EVANS BARKER, JUDGE
                                                            United States District Court
                                                            Southern District of Indiana

Distribution:

Richard L. Darst
COHEN GARELICK & GLAZIER
rdarst@cgglawfirm.com

James Alex Emerson
COOTS HENKE & WHEELER, P.C.
aemerson@chwlaw.com